NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGE WEBER, as Trustee of the 426 )
MAPLE POINTE DRIVE LAND TRUST, )
)
      Appellant, )
)
v. )      Case No. 2D15-2252
)
PENNYMAC LOAN TRUST 2010-NPL 1, )
KEVIN E. RIMES, KAREN E. RIMES, )
and PARSONS POINT HOMEOWNERS )
ASSOCIATION, INC., )
)
      Appellees. )
_____)

Opinion filed June 17, 2016.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Senior
Judge.

Jamie A. Cummings and Heather A.
DeGrave of Walters Levine Klingensmith
& Thomison, P.A., Tampa, for Appellant.

Nancy M. Wallace and Ryan D. O'Connor
of Akerman LLP, Tallahassee; and William
P. Heller of Akerman LLP, Fort Lauderdale,
for Appellee PennyMac Loan Trust 2010-
NPL 1.

No appearance for remaining Appellees.


PER CURIAM.

We affirm the trial court's order on Appellant's objection to jurisdiction and motion to join or substitute as a real party in interest. See Whitburn LLC v. Wells Fargo Bank, N.A., 40 Fla. L. Weekly D2797 (Fla. 2d DCA Dec. 18, 2015). To the extent that Appellant appeals the final judgment of foreclosure, we dismiss. Id.

LaROSE, CRENSHAW, and LUCAS, JJ., Concur.